UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| JUBILANT GENERICS LIMITED, | ) |
| Plaintiff | ) ) ) ) |
| v. | ) 2:23-cv-00237-JCN ) |
| DECHRA VETERINARY PRODUCTS, LLC, | ) ) ) ) |
| Defendant | ) |

**PROCEDURAL ORDER**

Following a telephonic conference with the parties on December 3, 2024, for the reasons stated on the record, this matter is stayed until March 4, 2025. The parties shall file a status report on or before January 17, 2025.

s/ John C. Nivison
U.S. Magistrate Judge

Dated this 4th day of December, 2024.